# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2013

## NO.  03-12-00050-CR

**Timothy Ray Aylesworth, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's judgments:  **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the judgments of the district court are in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.